**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **DAMIAN RIOUX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIV-04-1571-R** |
| | ) | |
| **CORRECTIONS CORPORATION** | ) | |
| **OF AMERICA, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate

Judge Robert E. Bacharach entered April 28, 2005.  No objection to the Report and

Recommendation has been filed nor has an extension of time in which to object been sought

or granted.   Therefore, the Report and Recommendation of the Magistrate Judge is

ADOPTED in its entirety, the motion of Defendants Ferguson, Lingo, Parker, Yates, Smith

and Pierson to dismiss is GRANTED and Plaintiff's Complaint against those Defendants is

DISMISSED for failure to exhaust administrative remedies.  Additionally, because Plaintiff

did not exhaust his administrative remedies, the Court DISMISSES Plaintiff's Complaint

against Corrections Corporation of America as well.  Upon affirmance of this Order or

waiver of the right to appeal, this dismissal shall count as a "prior occasion" for purposes of

the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

**IT IS SO ORDERED this 19ᵗʰ day of May, 2005.**

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE